ACCEPTED
01-15-00366-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/27/2015 8:47:56 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00366-CR

| | | |
|---|---|---|
| **TRACE ROGERS SMITH** | § | **IN THE FIRST** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/27/2015 8:47:56 AM
CHRISTOPHER A. PRINE
Clerk

### STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant's brief was initially due on or about June 26th (though the Court's website indicates a due date of July 6th, Appellant's counsel indicated the original due date was around June 26th). After Appellant's motion for extension was granted, Appellant filed his brief on August 12, 2015. The State's brief is currently due on October 26, 2015.

### II.

I anticipate that I will handle the brief for the State in this case. I filed the State's brief in 03-14-00695-CR on September 30th. I reviewed, edited and

1

expanded another individual's brief in 03-15-00112-CR prior to submission on October 6th. I sat second chair with another attorney for his oral argument in 03-14-00570-CR on October 7th. I helped one attorney with his brief in 03-15-00153-CR, and I contributed to another attorney's brief which was submitted late last night in 03-15-00247-CR. I must also complete the State's brief in 03-14-00329-CR by November 2, 2015. Among others, I have an additional brief currently due on November 9th in 03-14-00712-CR. I have also gathered information on, reviewed and filed answers to expunctions and nondisclosures, including several petitions in the last month. I assisted other attorneys in the office with various issues in their cases and appeals.

Due to a substantial increase in appellate work for our County, the Commissioners' Court has approved funding for a second appellate prosecutor position. I have reviewed applications and participated in interviews for said position, which our office hopes to add in the near future. Because of the foregoing, I have not yet had the opportunity to work on the brief in the instant case, and respectfully request an extension of 30 days to file the State's brief. This is the second extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until November 25, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

**CERTIFICATE OF SERVICE**

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant TRACE ROGERS SMITH's attorney in this matter:

Atanacio Campos
atanacio@aol.com
496 S. Castell Ave.
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 27th day of October, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**